UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Carrie J. Boyle, Esq.
**Boyle & Valenti Law, P.C.**
1940 Route 70 East, Suite 4
Cherry Hill, NJ 08003
(856) 499-3335 ph
(856) 499-3304 fax
cboyle@b-vlaw.com
*Attorneys for the Debtor*

Order Filed on March 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Thomas J. Hugues, Jr.,

            Debtor.

Case No.: 22-17886

Chapter: 11

Judge: ABA

Hearing Date: March 14, 2023, 10 a.m.

## ORDER GRANTING DEBTOR'S FIRST OMNIBUS OBJECTION TO CLAIMS PURSUANT TO § 502(b)(1) (STALE CLAIMS)

The relief set forth on the following page(s), numbered 2 through 2, is hereby **ORDERED**.

**DATED: March 21, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No: **22-17886**

Debtor: **Thomas J. Hugues, Jr.**

Caption of Order: **ORDER GRANTING DEBTOR'S FIRST OMNIBUS OBJECTION TO CLAIMS PURSUANT TO § 502(b)(1) (STALE CLAIMS)**

---

Upon consideration of the First Omnibus Objection to Claims (the "First Omnibus Claims Objection") filed by the Debtor, Thomas J. Hugues, Jr., by and through his counsel, Boyle and Valenti Law, P.C., for entry of an order disallowing and expunging certain claims, as more fully set forth in the First Omnibus Claims Objection (the "Stale Claims"), and for such other and further relief as the Court deems just and proper; and the Court having jurisdiction to consider the First Omnibus Claims Objection and grant the relief requested in accordance with 28 U.S.C. § 1334, 28 U.S.C. § 157, and the Standing Order of Reference issued by the United States District Court for the District of New Jersey on July 23, 1984, as amended on September 18, 2012; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue of this proceeding being properly before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the First Omnibus Claims Objection having been given to all parties-in-interest and no further notice being necessary; and it appearing that the relief sought in the First Omnibus Claims Objection is in the best interests of the estate, creditors, and all parties in interest; and the legal and factual bases set forth in the First Omnibus Claims Objection establish just and sufficient cause for the relief requested herein;

**IT IS HEREBY ORDERED THAT**:

1. The First Omnibus Claims Objection is GRANTED as set forth herein.

2. Pursuant to § 502(b) of the Bankruptcy Code, the Stale Claims listed on **Exhibit A** attached hereto are hereby disallowed.

Page **3 of 3**

Case No: **22-17886**

Debtor: **Thomas J. Hugues, Jr.**

Caption of Order: **ORDER GRANTING DEBTOR'S FIRST OMNIBUS OBJECTION TO CLAIMS PURSUANT TO § 502(b)(1) (STALE CLAIMS)**

---

3. The Debtor is authorized to file and amended Schedule F removing all disallowed claims.

# **EXHIBIT A**

| Claimant | Claim Schedule Number | Claimed Amount | Basis for Disallowance |
|---|---|---|---|
| American Express National Bank | 2-1 | $18,402.56 | Stale claim, beyond state statute of limitations |
| American Express National Bank | 3-1 | $13,068.36 | Stale claim, beyond state statute of limitations |
| American Express National Bank | 7-1 | $18.05 | Stale claim, beyond state statute of limitations |
| Posternock Apell PC | Schedule E/F at line 4.12 | Unknown | Stale claim, beyond state statute of limitations.  No proof of claim filed. |